AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED — FID 11856672
By US Marshals DC District Court at 1:32 pm, Sep 04, 2025

United States of America
v.
ANDREW JUAREZ

*Defendant*

Case: 1:25-mj-00207
Assigned To: Judge Harvey, G. Michael
Assign. Date: 9/4/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ANDREW JUAREZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2423(b) - Travel with the Intent to Engage in Illicit Sexual Conduct

Date: 09/04/2025

*Issuing officer's signature*

City and state:   Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/04/2025, and the person was arrested on *(date)* 09/04/2025
at *(city and state)* Washington DC.

Date: 09/04/2025

*Arresting officer's signature*

D. Stallman  DUSM
*Printed name and title*